## COBB v. COFFEY.

HILL, J. 1. The assignment of error complaining of the refusal of the judge to allow a witness on direct examination to answer a question, which fails to specify what the witness would have testified had he been permitted to answer the question, is insufficient to present any question for decision. *Rogers* v. *Condon, 144 Ga.* 390 (3) (87 S. E. 397); *Featherston* v. *American National Bank, 146 Ga.* 13 (90 S. E. 282).

2. Applying the principles announced in the former rulings in this case the court did not err, under the pleadings and evidence, in granting a nonsuit. *Coffey* v. *Cobb, 140 Ga.* 661 (79 S. E. 568); s. c. *143 Ga.* 539 (85 S. E. 693); s. c. *146 Ga.* 689 (92 S. E. 57); *Cobb* v. *Coffey, 148 Ga.* 101 (95 S. E. 966).

*Judgment affirmed. All the Justices concur.*

No. 1190. JULY 17, 1919.

Action for specific performance. Before Judge Tarver. Murray superior court. August 14, 1918.

*W. E. Mann, W. C. Martin,* and *C. N. King,* for plaintiff.

*Mad. :, McCamy & Shumate,* for defendant.